IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF CV 09 80041 MISC VRW

Robert A Tayac,                                    ORDER

    State Bar No 173134

       On March 2, 2009, the court received a letter from counsel for Robert A Tayac advising the court that Mr Tayac has been suspended by the California Supreme Court for a period of sixty days, effective February 25, 2009, and that Mr Tayac does not oppose an imposition of a reciprocal suspension by this court.

       The court now orders Robert A Tayac removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

       IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge